RIVERA, PLAINTIFF AND APPELLEE, *v.* RIVERA ET AL., DEFEND-
ANTS AND APPELLANTS.

APPEAL from the District Court of Mayagüez in an Action for Partition.

Motion by the Appellee for Dismissal of the Appeal.

No. 1364.—Decided November 8, 1915.

APPEAL—DEMURRER—JURISDICTION:—Even should the district court fail on appeal to rule on the demurrer filed in the municipal court, this is no reason why it may not be considered in the Supreme Court, although such grounds of demurrer as lack of jurisdiction and insufficient facts to constitute a cause of action may not have been pleaded before.

ID.—TRANSCRIPT OF RECORD—STATEMENT OF CASE—BILL OF EXCEPTIONS.—The
  fact that the transcript of the record for appeal in an action which was
  decided upon the merits of the evidence does not contain a statement of the
  case or bill of exceptions does not of itself justify the dismissal of the
  appeal, because that does not prevent an examination of the pleadings by
  the court.

The facts are stated in the opinion.

*Mr. Angel A. Vázquez* for the appellant.

*Mr. Benito Forés* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

The transcript of the record filed in this court contains
the complaint which originated the action in the Municipal
Court of San Germán, the demurrer thereto by the defend-
ants and the judgment of that court as well as the judgment
rendered by the District Court of Mayagüez on appeal in this
action, which was joined with another, the conclusions on
which the said judgment was based and the notice of appeal.

The brief of the appellant having been filed in this court,
the appellee presented a certificate of the Secretary of the
District Court of Mayagüez to the effect that the demurrer
to the complaint had not been heard and ruled on by the
said court, and moved this court to dismiss the appeal.

The grounds of the motion are clearly erroneous, for even
if the district court did not rule on the demurrer of one of
the defendants in the municipal court, that is no reason why
such grounds of demurrer as the lack of jurisdiction of the
court and insufficient facts to constitute a cause of action,
although they had not been pleaded before, may not be con-
sidered by this court, as we have held repeatedly.

The other ground that as the case was decided on the
merits of the evidence the transcript of the record should
necessarily contain a statement of the evidence or a bill of
exceptions and that the appeal should be dismissed because
of the absence thereof is equally erroneous, for, as we held
in the case of *Belaval* v. *Todd,* 22 P. R. R. 120, the omission of
a statement of the case does not of itself justify the dismissal

of an appeal because that does not prevent an examination of the pleadings by the court.

The motion should be

*Overruled.*

Chief Justice Hernández and Justices Wolf and del Toro concurred.

Mr. Justice Hutchison took no part in the decision of this case.